**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

*Proposed Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
**In re:**

                        **Chapter 11**

**BRINTON MANOR REALTY, LLC,**

                        **Case No. 15-42613 (ESS)**
       **Debtor.**
---------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Brinton Maner Realty, LLC, the debtor, herein (the "Debtor") filed on June 1, 2015, its Voluntary Petition listing an address at 1875 East 9th Street, Brooklyn, New York 11223.

**PLEASE TAKE FURTHER NOTICE**, that the address should be changed to 1877 East 9th Street, Brooklyn, New York 11223.

DATED:    New York, New York
               June 3, 2015

                                              **LAW OFFICE OF DAVID CARLEBACH, ESQ.**
                                              *Proposed Attorneys for Debtor*

                                              By:*/s/David Carlebach (DC-7350)*
                                                 David Carlebach (DC-7350)
                                                 55 Broadway
                                                 Suite 1902
                                                 New York, New York 10006
                                                 Tel: (212) 785-3041
                                                 Fax: (347) 472-0094
                                                 Email: david@carlebachlaw.com

To:     THE PARTIES ON THE ANNEXED SERVICE LIST

## SERVICE LIST

**VIA FIRST CLASS MAIL:**

Chase Commercial Term
Royal Ridge Operations Ctr.
PO Box 650528
Dallas, TX 75265

Raquel Wolf
c/o Robert E. Dauer, Jr., Esq.
Meyer, Unkovic & Scott
535 Smithfield St.Ste1300
Pittsburgh, PA 15222

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014