**ADJOURNMENT DATE AND TIME: JULY 31, 2015 AT 1:00 P.M. (E.S.T.)**

**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

*Proposed Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
**In re:**

                                           **Chapter 11**

**BRINTON MANOR REALTY, LLC,**

                                           **Case No. 15-42613 (ESS)**
                      **Debtor.**
---------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF 341 MEETING OF THE CREDITORS**

      **PLEASE TAKE NOTICE,** that the 341 Meeting of the Creditors, scheduled for July 7, 2015 at 3:00 p.m. (E.S.T.), has been adjourned to **July 31, 2015 at 1:00 p.m. (E.S.T.)**.

      **PLEASE TAKE FURTHER NOTICE,** that the 341 Meeting of the Creditors referenced above shall be held before the United States Trustee Marylou Martin at 271-C Cadman Plaza East, Rm. 2579 - 2nd Floor, Brooklyn, New York 11201-1800.

Dated: New York, New York
July 6, 2015

**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
*Attorneys for the Debtor*

By: s/ David Carlebach (dc-7350)
David Carlebach (DC-7350)
55 Broadway, Suite 1906
New York, New York 10006
(212) 785-3041

To:

Brinton Manor Realty, LLC
1877 East 9th Street
Brooklyn, NY 11223-3201

NYC Dept. Of Finance
345 Adams Street
10th Floor, South Side
Brooklyn, NY 11201-3719

Antonia M. Donohue, Esq.
Jaspan Schlesinger LLC
300 Garden City Plaza
Garden City, New York 11530

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NYS Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Chase Commercial Term
Royal Ridge Oper. Ctr.
PO Box 650528
Dallas, TX 75262-0528

NYS Unemployment Insurance
Attn: Insolvency Unit
Bldg. #12 Room 256
Albany, NY 12201

Raquel Wolf
c/o Robert E. Dauer, Jr.
Meyer, Unkovic & Scott
535 Smithfield St. Ste 1300
Pittsburgh, PA 15222-2315