**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**In re:**                                                        **Chapter 11**

**BRINTON MANOR REALTY, LLC**                   **Case No. 15-42613 - ESS**


                              **Debtor.**
-----------------------------------------------------------x

### DECLARATION UNDER PENALTY OF PERJURY
### PURSUANT TO LOCAL RULE 1007-4

Brinton Manor Realty, LLC (the "Debtor"), hereby declares under penalty of perjury, pursuant to Local Rule 1007-4, as follows:

1. The Debtor's primary assets are real estate assets with the following address: 3000 Locust Street Pittsburgh, PA 15221 (the "Property").

2. Prior to the filing of the petition, in or about February 17, 2015, Raquel Wolf as Executrix for the Estate of Hirsch Wolf (or it's predecessor-in-interest), started a civil action in the Court of Common Pleas of Allegheny County, Pennsylvania, on the Property, on account of its money judgment in the amount of, upon information and belief, $3,500,000.00. The title of the action is *Raquel Wolf as Executrix for the Estate of Hirsch Wolf, Deceased v. Brinton Manor Realty, L.L.C., et al.*, Civil Division No. 12-13791 (the "State Court Action"). The filing was effectuated in order to stay the imminent judgment and restructure the debt on the Property.

3. The list of twenty (20) largest unsecured creditors will be filed with the Schedules.

5. The Debtor has less than five secured creditors.

6. A summary of the Debtor's assets and liabilities will be filed with the Schedules.

7. There are no publicly held stocks, debentures or other securities.

8. There is no property owned, leased, or held under any other arrangement.

9. Other than the State Court Action, there are no other actions or proceedings pending or threatened against the Debtor or its property.

10. The Debtor does not expect to assume any obligations which will remain unpaid during the next thirty (30) day period.

Dated: New York, New York  **BRINTON MANOR REALTY, LLC**
July 24, 2015

By:*/s/ Leib Puretz*
    Leib Puretz
    Member