# LAW OFFICES OF DAVID CARLEBACH, ESQ.
55 Broadway, Suite 1902
New York, New York 10006

(212) 785-3041
www.carlebachlaw.com

----

**David Carlebach**          **Direct Dial: (347) 329-1241**          email: david@carlebachlaw.com

October 27, 2015

**VIA ECF**

Sheree Jackson, Courtroom Deputy to the
Honorable Elizabeth S. Stong
United States Bankruptcy Court,
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

> *Re:  In re: Brinton Manor Realty, LLC*
> *Chapter 11 Case No. 15-42613 (ESS)*
>
> *Brinton Towers Realty, LLC*
> *Chapter 11, Case No.15-44289 (ESS)*
> *--------------------------------------------------------------------------------*
> *Scheduled Status Conference (Dkt. No. 8); and all related matters from December 3, 2015 at 10:30 a.m. to October 30, 2015 at 10:30 a.m.*

Dear Judge Stong:

      Per the discussion on the record at the telephonic court hearing, held on October 26, 2015, this letter is to request that the above referenced matter be rescheduled from December 3, 2015 at 10:30 a.m to October 30, 2015 at 10:30 a.m.

                                    Very truly yours,

                                      /s/David Carlebach

                                    David Carlebach

cc:     (All parties via e-mail and/or ECF)