**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
**55 Broadway, Suite 1902**
**New York, New York 10006**

**(212) 785-3041**
**www.carlebachlaw.com**
----
**David Carlebach   Direct Dial: (347) 329-1241   email: david@carlebachlaw.com**

October 28, 2015

<u>*VIA ECF*</u>

Hon. Elizabeth S. Stong
US Bankruptcy Judge
U.S. Bankruptcy Court EDNY
271 Cadman Plaza West
Brooklyn, New York *11201*

        *Re:*    *Brinton Manor Realty LLC*
               *Ch. 11 Case No.15-42613*
               ----------------------------------------
               *Brinton Towers Realty Llc*
               *Ch. 11 Case No.*15-44289

Dear Judge Stong:

      This afternoon while we were in the midst of preparing the case management order as directed by the Court, our paralegal, Nora Morales, suddenly took ill and had to leave the office. As a result thereof we were unable to complete the Case Management Order today October 28, 2015, as directed by the Court regarding the above referenced cases. We respectfully request a one day extension to complete same.

                                                            Respectfully

                                                            s/David Carlebach

                                                           David Carlebach