**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

*Proposed Attorney to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BRINTON MANOR REALTY, LLC** | **Case No. 15-42613 - ESS** |
| | **Joint Administration Pending** |
| Debtor. | |

--------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BRINTON TOWERS REALTY, LLC** | **Case No. 15-44289 - ESS** |
| | **Joint Administration Pending** |
| Debtor. | |

--------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, David Carlebach, hereby certify that on November 6, 2015, I caused to be served on the parties listed on the annexed Service List, the *Debtor's Motion to Authorize/Direct A) Order Shortening The Notice Requirement As And For The Debtor's Application For An Order (B) Conditionally Approving The Debtor's Amended Disclosure Statement; (C) Fixing The Time For Filing Acceptances Or Rejections Of The Amended Plan Of Reorganization, And Fixing The Time For Filing Objections To The Amended Disclosure Statement And To The Confirmation Of The Amended Plan, Combined Notice Thereof And Of The Hearing On*

*Final Approval Of The Amended Disclosure Statement And The Hearing On Confirmation Of The Plan (Brinton Manor Realty LLC, Ch. 11 Case No. 15-42613 - Dkt. No. 53 and Brinton Towers Realty, LLC Ch. 11 Case No. 15-44289 – Dkt. No. 38); and Order Scheduling Conference on Application for an Order to Show Cause and the Relief Requested Therein (Brinton Manor Realty LLC, Ch. 11 Case No. 15-42613 - Dkt. No. 55 and Brinton Towers Realty, LLC Ch. 11 Case No. 15-44289 – Dkt. No. 40),* by Federal Express Priority Overnight Mail:

SEE ANNEXED SERVICE LIST

Dated: November 6, 2015
      New York, New York

                                           /s/David Carlebach (DC-7350)

## SERVICE LIST

**VIA FEDERAL EXPRESS MAIL**

Marylou Martin, Esq.
U.S. Department of Justice
U.S. Trustee's Office
U.S. Federal Office Building
201 Varick St. , Room 1006
New York, NY  10014

Jeremy S. Sussman, Esq
Attorneys for David Kamar
Law Offices of Jason J. Rebhun, P.C.,
255 Broadway, Suite 3800
New York, New York 10007

Allegheny County Treasurer
John K. Weinstein
436 Grant Street
#108
Pittsburgh, Pennsylvania 15219

Brinton Manor Realty, LLC
1877 East 9th Street
Brooklyn, NY 11223

Brinton Towers, Realty, LLC
1877 East 9th Street
Brooklyn, NY 11223

Antonia M. Donohue
Attorneys JP Morgan Chase Bank
Jaspan Schleinger, LLP
300 Garden City, New York 11530

Meredith Rosenbeck, Esq.
Attorneys for JP Morgan Chase Bank
Rosenbeck Law, LLC
5701 Tynecastle Loop
Dublin, Ohio 43016

Scott H. Bernstein, Esq.
Attorneys for Raquel Wolf as Executrix for the Estate of Hirsch Wolf
Stradley Ronon Stevens & Young
100 Park Avenue
Suite 3210
New York, NY 10017

Robert Dauer, Esq.
Attorneys for Raquel Wolf as Executrix for the Estate of Hirsch Wolf
Meyer, Unkovic & Scott LLP
535 Smithfield Street,
Suite 1200
Pittsburgh, PA 15222