**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

*Proposed Attorney to the Debtors*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **BRINTON MANOR REALTY, LLC** | Case No. 15-42613 - ESS |
| | Joint Administration Pending |
| Debtor. | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **BRINTON TOWERS REALTY, LLC** | Case No. 15-44289 - ESS |
| | Joint Administration Pending |
| Debtor. | |

-----------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, David Carlebach, hereby certify that, I caused to be served on the parties listed on the annexed Service List, the following documents:

| Date of Service | # | **BRINTO MANOR REALTY, LLC**<br>**CH. 11 CASE NO. 15-42613-ESS**<br><br>**Docket Text** |
|---|---|---|
| 11/04/2015 | <u>39</u> | Letter */Amended Voluntary Petition reflecting corrected Debtor Street Address,* Filed by David Carlebach on behalf of Brinton Manor Realty, LLC (RE: related |

| Date of Service | # | **BRINTO MANOR REALTY, LLC** <br> <u>**CH. 11 CASE NO. 15-42613-ESS**</u> <br><br> **Docket Text** |
|---|---|---|
| | | document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Brinton Manor Realty, LLC, <u>38</u> Generic Order) (Carlebach, David) (Entered: 11/04/2015) |
| 11/04/2015 | <u>40</u> | Amended List of Creditors */Amended Matrix List*. Filed by David Carlebach on behalf of Brinton Manor Realty, LLC |
| 11/04/2015 | <u>41</u> | Amended Schedule(s), Statement(s) and Affidavit LR1009-1(a) Schedule A, Schedule B, Schedule D, Schedule E, Schedule G, Schedule H, Summary of Schedules : Amended Statement of Financial Affairs, Amended List of Equity Security Holders, Amended Corporate Ownership Statement (Rule 7007.1) Fee Amount $30 Filed by David Carlebach on behalf of Brinton Manor Realty, LLC (Attachments: # <u>1</u> Declaration Rule 1009-a) |
| 11/04/2015 | <u>42</u> | Application to Employ *the Law Offices of David Carlebach, Esq. as Counsel to the Debtor, Nunc Pro Tunc, as of June 1, 2015,* Filed by David Carlebach on behalf of Brinton Manor Realty, LLC. (Attachments: # <u>1</u> Affidavit of Disinterest # <u>2</u> Statement 2016(b) # <u>3</u> L. Puretz Declaration # <u>4</u> Proposed Retention Order) |
| 11/04/2015 | <u>43</u> | Application to Employ *EisnerAmper LLP as Accountants to the Debtor, nun pro tunc as of November 2, 2015,* Filed by David Carlebach on behalf of Brinton Manor Realty, LLC. (Attachments: # <u>1</u> EisnerAmper Affidavit # <u>2</u> Proposed Retention Order) |
| 11/04/2015 | <u>44</u> | Motion for Joint Administration with Case(s) *Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure,* Filed by David Carlebach on behalf of Brinton Manor Realty, LLC. Hearing scheduled for 12/1/2015 at 10:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (Attachments: # <u>1</u> Application # <u>2</u> Proposed Order) |

| Date of Service | # | **BRINTO MANOR REALTY, LLC** <br> **CH. 11 CASE NO. 15-42613-ESS** <br><br> **Docket Text** |
|---|---|---|
| 11/04/2015 | 45 | Amended Schedule(s), Statement(s) and Affidavit LR1009-1(a) Schedule A, Schedule B, Schedule D, Schedule E, Schedule G, Schedule H, Statistical Summary of Certain Liabilities, Summary of Schedules : Second Amended Statement of Financial Affairs Filed by David Carlebach on behalf of Brinton Manor Realty, LLC (Attachments: # 1 Affidavit 1009-a) |
| 11/04/2015 | 46 | Statement of Corporate Ownership filed. Filed by David Carlebach on behalf of Brinton Manor Realty, LLC (Carlebach, David) (Entered: 11/04/2015) |
| 11/04/2015 | 47 | Motion to Set Last Day to File Proofs of Claim *On or Before November 22, 2015 at 5:00 p.m.,* Filed by David Carlebach on behalf of Brinton Manor Realty, LLC. (Attachments: # 1 Exhibit - Proposed Order # 2 Notice of Deadline to File Proofs of Claim # 3 Exhibit A - to Notice - Proof of Claim Form) |
| 11/04/2015 | 48 | Joint Amended Chapter 11 Plan dated 11/4/15 Lieb Puretz Filed by David Carlebach on behalf of Brinton Manor Realty, LLC (RE: related document(s)16 Chapter 11 Plan filed by Debtor Brinton Manor Realty, LLC). |
| 11/04/2015 | 49 | Disclosure Statement */ DISCLOSURE STATEMENT PERTAINING TO THE DEBTORS JOINT CHAPTER 11 PLAN OF REORGANIZATION* Filed by David Carlebach on behalf of Brinton Manor Realty, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Brinton Manor Realty, LLC). |
| 11/04/2015 | 50 | Application to Employ *the Law Office of David Fleischman, P.C., as Special Counsel to the Debtor,* Filed by David Carlebach on behalf of Brinton Manor Realty, LLC. (Attachments: # 1 Declaration of D. Fleischman, Esq. # 2 Proposed Order) |
| 11/04/2015 | 51 | Motion for Sale of Property under Sec. 363(b) *(at (a) 3000 Locust Street, Pittsburgh, Pennsylvania 15221 and* |

| Date of Service | # | **BRINTO MANOR REALTY, LLC**<br>**CH. 11 CASE NO. 15-42613-ESS**<br>**Docket Text** |
|---|---|---|
| | | *(b) 1700-2600 Brinton Manor Drive, Braddock Hills, Pennsylvania (together, the Property). The Brinton Manor Drive location is also identified as 2000 Brinton Manor Drive, Borough of Braddock Hills, Allegheny County, Pennsylvania 15221)* Filed by David Carlebach on behalf of Brinton Manor Realty, LLC. (Attachments: # 1 Proposed Order Proposed Order to Show Cause # 2 Affidavit 9077-1 Affirmation of David Carlebach # 3 Affidavit Affirmation of Lieb Puretz in support of order to show cause and in support of private sale # 4 Exhibit Exhibit A to Affirmation of Lieb Puretz # 5 Proposed Order Proposed Sale Order) |
| 11/05/2015 | 53 | Motion to Authorize/Direct *A) Order Shortening The Notice Requirement As And For The Debtor's Application For An Order (B) Conditionally Approving The Debtor's Amended Disclosure Statement; (C) Fixing The Time For Filing Acceptances Or Rejections Of The Amended Plan Of Reorganization, And Fixing The Time For Filing Objections To The Amended Disclosure Statement And To The Confirmation Of The Amended Plan, Combined Notice Thereof And Of The Hearing On Final Approval Of The Amended Disclosure Statement And The Hearing On Confirmation Of The Plan* Filed by David Carlebach on behalf of Brinton Manor Realty, LLC. (Attachments: # 1 Local Rule 9077-1 # 2 Proposed Order to Show Cause # 3 Proposed Order Conditionally Approving Disclosure Statement) |
| 11/05/2015 | 54 | Exhibit *s to Disclosure Statement, Dated November 4, 2015, Pertaining to the Debtors' Joint Chapter 11 Plan of Reorganization,* Filed by David Carlebach on behalf of Brinton Manor Realty, LLC (RE: related document(s)48 Amended Chapter 11 Plan filed by Debtor Brinton Manor Realty, LLC, 49 Disclosure Statement filed by Debtor Brinton Manor Realty, LLC) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C - Part 1 of 2 # 4 Exhibit C - Part 2 of 2 # 5 Exhibit D - Part 1 of 2 # 6 Exhibit D - Part 2 of 2 # 7 Exhibit E # 8 Exhibit F - Part 1 of 2 # 9 Exhibit F - Part 2 of 2 # 10 Exhibit G - Part 1 of 2 # 11 Exhibit G |

| Date of Service | # | **BRINTO MANOR REALTY, LLC**<br>**CH. 11 CASE NO. 15-42613-ESS**<br><br>**Docket Text** |
|---|---|---|
|  |  | - Part 2 of 2 # 12 Exhibit H) |

| Date of Service | # | **BRINTO TOWERS REALTY LLC**<br>**CH. 11 CASE NO. 15-44289-ESS**<br><br>**Docket Text** |
|---|---|---|
| 11/04/2015 | 24 | Amended List of Creditors /*Matrix List*. Filed by David Carlebach on behalf of Brinton Towers Realty LLC |
| 11/04/2015 | 25 | Schedule(s), Statement(s) and Affidavit LR1007-1(b) Schedule A, Schedule B, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Statistical Summary of Certain Liabilities, Summary of Schedules : List of Creditors Holding 20 Largest Unsecured Claims, Statement of Financial Affairs, List of Equity Security Holders, Corporate Ownership Statement Rule 7007.1, Statement Pursuant to Local Bankruptcy Rule 1073-2(b) Filed by David Carlebach on behalf of Brinton Towers Realty LLC (Attachments: # 1 Declaration Rule 1009-a) |
| 11/04/2015 | 26 | Motion for Joint Administration with Case(s) *Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure,* Filed by David Carlebach on behalf of Brinton Towers Realty LLC. Hearing scheduled for 12/1/2015 at 10:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (Attachments: # 1 Application # 2 Proposed Order) |
| 11/04/2015 | 27 | Application to Employ *the Law Offices of David Carlebah, Esq. as Counsel to the Debtor, nunc pro tunc, as of September 18, 2015,* Filed by David Carlebach on behalf of Brinton Towers Realty LLC. (Attachments: # 1 Affidavit of Disinterest # 2 2016(b) Statement # 3 Declaration of Leib Puretz # 4 Proposed Order) |
| 11/04/2015 | 28 | Application to Employ *EisnerAmper LLP as Accountants to the Debtor, nunc pro tunc as of November 2, 2015,* Filed by David |

| Date of Service | # | **BRINTO TOWERS REALTY LLC** <br> **CH. 11 CASE NO. 15-44289-ESS** <br><br> **Docket Text** |
|---|---|---|
|  |  | Carlebach on behalf of Brinton Towers Realty LLC. (Attachments: # 1 Ira Spiegel Affidavit # 2 Proposed Order) |
| 11/04/2015 | 29 | Amended Schedule(s), Statement(s) and Affidavit LR1009-1(a) Schedule A, Schedule B, Schedule D, Schedule E, Schedule G, Schedule H, Statistical Summary of Certain Liabilities, Summary of Schedules : Amended Statement of Financial Affairs Filed by David Carlebach on behalf of Brinton Towers Realty LLC (Attachments: # 1 Affidavit 1009-a) |
| 11/04/2015 | 30 | Corporate Resolution Statement Pursuant to LR 1074-1 Filed by David Carlebach on behalf of Brinton Towers Realty LLC (Carlebach, David) |
| 11/04/2015 | 31 | Motion to Set Last Day to File Proofs of Claim *on or Before November 22, 2015,* Filed by David Carlebach on behalf of Brinton Towers Realty LLC. (Attachments: # 1 Exhibit 1 - Proposed Order # 2 Notice of Deadline to FIle Proofs of Claim # 3 Exhibit A - to Notice - Proof of Claim Form) |
| 11/04/2015 | 32 | Chapter 11 Plan dated 11/2/15 Filed by David Carlebach on behalf of Brinton Towers Realty LLC (RE: related document(s) Update Plan or Disclosure Statement Deadlines). |
| 11/04/2015 | 33 | Disclosure Statement */ Pertaining to the Debtors Joint Chapter 11 Plan of Reorganization* dated 11/2/15 Filed by David Carlebach on behalf of Brinton Towers Realty LLC (related document(s) Update Plan or Disclosure Statement Deadlines). |
| 11/04/2015 | 34 | Application to Employ *the Law Office of David Fleischman, P.C., as Special Counsel to the Debtor,* Filed by David Carlebach on behalf of Brinton Towers Realty LLC. (Attachments: # 1 Declaration of D. Fleischman, Esq. # 2 Proposed Order) |
| 11/04/2015 | 35 | Motion for Sale of Property under Sec. 363(b) *( at (a) 3000 Locust Street, Pittsburgh, Pennsylvania 15221 and (b) 1700-2600 Brinton Manor Drive, Braddock Hills, Pennsylvania (together, the Property). The Brinton Manor Drive location is* |

| Date of Service | # | **BRINTO TOWERS REALTY LLC**<br>**CH. 11 CASE NO. 15-44289-ESS**<br><br>**Docket Text** |
|---|---|---|
| | | *also identified as 2000 Brinton Manor Drive, Borough of Braddock Hills, Allegheny County, Pennsylvania 15221.)* Filed by David Carlebach on behalf of Brinton Towers Realty LLC. (Attachments: # 1 Proposed Order Proposed Order to Show Cause # 2 Affidavit 9077-1 Affirmation of David Carlebach # 3 Affidavit Affirmation of Lieb Puretz in support of order to show cause and in support of private sale # 4 Exhibit Exhibit A to Affirmation of Lieb Puretz # 5 Proposed Order Proposed Sale Order) |
| 11/05/2015 | 37 | Motion to Authorize/Direct *A) Order Shortening The Notice Requirement As And For The Debtor's Application For An Order (B) Conditionally Approving The Debtor's Amended Disclosure Statement; (C) Fixing The Time For Filing Acceptances Or Rejections Of The Amended Plan Of Reorganization, And Fixing The Time For Filing Objections To The Amended Disclosure Statement And To The Confirmation Of The Amended Plan, Combined Notice Thereof And Of The Hearing On Final Approval Of The Amended Disclosure Statement And The Hearing On Confirmation Of The Plan,* Filed by David Carlebach on behalf of Brinton Towers Realty LLC. (Attachments: # 1 9077-1 Affidavit # 2 Proposed Order to Show Cause # 3 Proposed Conditional Order Approving the Disclosure Statement) (Carlebach, David) (Entered: 11/05/2015) |
| 11/05/2015 | 38 | Exhibit *s to Disclosure Statement, Dated November 4, 2015, Pertaining to the Debtors' Joint Chapter 11 Plan of Reorganization,* Filed by David Carlebach on behalf of Brinton Towers Realty LLC (RE: related document(s)32 Chapter 11 Plan filed by Debtor Brinton Towers Realty LLC, 33 Disclosure Statement filed by Debtor Brinton Towers Realty LLC) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C - Part 1 of 2 # 4 Exhibit C - Part 2 of 2 # 5 Exhibit D - Part 1 of 2 # 6 Exhibit D - Part 2 of 2 # 7 Exhibit E # 8 Exhibit F - Part 1 of 2 # 9 Exhibit F - Part 2 of 2 # 10 Exhibit G - Part 1 of 2 # 11 Exhibit G - Part 2 of 2 # 12 Exhibit H) (Carlebach, David) (Entered: 11/05/2015) |

8

SEE ANNEXED SERVICE LIST.

Dated: November 6, 2015
      New York, New York

                                        <u>/s/David Carlebach (DC-7350)</u>

## SERVICE LIST

**VIA ELECTRONIC MAIL AND ECF NOTICE**

Scott H Bernstei, Esq.
on behalf of Creditor Raquel Wolf as Executrix for the Estate of Hirsch Wolf, Deceased
sbernstein@stradley.com

Antonia M Donohue, Esq.
on behalf of Creditor JPMORGAN CHASE BANK, N.A.
adonohue@jaspanllp.com
mcatalano@jaspanllp.com
fdellamore@jaspanllp.com

Christopher D Palmieri, Esq.
on behalf of Creditor JPMORGAN CHASE BANK, N.A.
cpalmieri@jaspanllp.com
adonohue@jaspanllp.com
mcatalano@jaspanllp.com

Jeremy S Sussman, Esq.
on behalf of Interested Party David Kamar
sussman@sussman-legal.com

**BY FEDERAL EXPRESS MAIL**

Marylou Martin, Esq.
U.S. Department of Justice
U.S. Trustee's Office
U.S. Federal Office Building
201 Varick St. Room 1006
New York, NY  10014