**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

*Proposed Attorney to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

| | |
|---|---|
| **In re:** | Chapter 11 |
| **BRINTON MANOR REALTY, LLC** | Case No. 15-42613 - ESS |
| | **Joint Administration Pending** |
| Debtor. | |

---------------------------------------------------------x

| | |
|---|---|
| **In re:** | Chapter 11 |
| **BRINTON TOWERS REALTY, LLC** | Case No. 15-44289 - ESS |
| | **Joint Administration Pending** |
| Debtor. | |

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, David Carlebach, hereby certify that on November 13, 2015, I caused to be served on the parties listed on the annexed Service List, the ***Appraisal, Dated, May 19, 2015, of Brinton Manor Realty, LLC, Apartments, 2000 Brinton Manor Drive, Braddock Hills, Pennsylvania 15221 (Dkt. No. 66); and Appraisal, Dated, May 19, 2015, of Brinton Towers Realty LLC, Apartments, 3000 Locust Street, Braddock Hills, Pennsylvania 15221 (Dkt. No. 47),*** by Electronic Mail and ECF notice:

SEE ANNEXED SERVICE LIST

Dated: November 13, 2015
      New York, New York

                                                <u>/s/David Carlebach (DC-7350)</u>

## SERVICE LIST

**VIA ELECTRONIC MAIL AND ECF**

Marylou Martin, Esq.
U.S. Department of Justice
U.S. Trustee's Office
marylou.martin@usdoj.gov

Jeremy S. Sussman, Esq
Attorneys for David Kamar
Law Offices of Jason J. Rebhun, P.C.,
sussman@sussman-legal.com

Antonia M. Donohue
Attorneys JP Morgan Chase Bank
Jaspan Schleinger, LLP
adonohue@jaspanllp.com,
mcatalano@jaspanllp.com;
fdellamore@jaspanllp.com

Scott H. Bernstein, Esq.
Attorneys for Raquel Wolf as Executrix for the Estate of Hirsch Wolf
Stradley Ronon Stevens & Young
sbernstein@stradley.com