**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach, Esq.
Ira Abel, Esq.
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com
　　　　ira@carlebachlaw.com

*Attorney to the Debtors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                               Chapter 11

BRINTON MANOR REALTY, LLC,
AND BRINTON TOWERS REALTY, LLC                    Case Nos.  15-42613 (ESS)

　　　　　　　　　　　Debtors.                              (Jointly Administered)
-------------------------------------------------------------x

**AFFIRMATION OF LIEB PURETZ IN SUPPORT OF AN ORDER (1) DISMISSING CHAPTER 11 CASES, (2) SCHEDULING SALE CLOSING (3) DIRECTING PAYMENTS TO CREDITORS AND OTHER INTERESTED PARTIES AND (4) <u>GRANTING RELATED RELIEF</u>**

Lieb Puretz, affirms under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the managing member of Brinton Manor Realty, LLC ("Manor") and Brinton Towers Realty, LLC ("Towers"), the above-captioned debtors and debtors-in-possession (individually a "Debtor" and together, the "Debtors"), and as such, I have personal knowledge of the statements contained herein.

2. I submit this affirmation in support of the Debtors' motion, dated December 7, 2015 (ECF Doc. No. 92, the "Motion") seeking entry of, among other things, an Order (1) dismissing the Debtors' chapter 11 cases, (2) scheduling a sale closing (3) directing payments to creditors and other interested parties and (4) granting related relief.

3. By this Affirmation, I respectfully request that this Court issue the proposed order.

4. In connection with the proposed sale and closing, I affirm that (a) the Debtors have voluntarily entered into the sale agreement, dated as of May 11, 2015 (ECF Doc. No. 23-1, the "Sale Agreement") without any duress or coercion and that (b) the Debtors' members have voluntarily approved the Sale Agreement without any duress or coercion.

**WHEREFORE**, I respectfully request that the Court enter an Order granting the relief requested and such other further and different relief that this Court deems just and proper under the facts and circumstances herein.

Dated: New York, New York
December 10, 2015

_____
Lieb Puretz