**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach, Esq.
Ira Abel, Esq.
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094

Email:    david@carlebachlaw.com
          ira@carlebachlaw.com

*Attorney to the Debtors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

**BRINTON MANOR REALTY, LLC,**
**AND BRINTON TOWERS REALTY, LLC**              Case Nos. 15-42613 (ESS)

                    Debtors.                    (Jointly Administered)
------------------------------------------------------------x

**AFFIRMATION OF LIEB PURETZ IN SUPPORT OF AN ORDER (1) DISMISSING**
**CHAPTER 11 CASES AND (2) GRANTING RELATED RELIEF**

Lieb Puretz, affirms under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the managing member of Brinton Manor Realty, LLC ("Manor") and Brinton Towers Realty, LLC ("Towers"), the above-captioned debtors and debtors-in-possession (individually a "Debtor" and together, the "Debtors"), and as such, I have personal knowledge of the statements contained herein.

2. I am out of the country and cannot appear personally before the Court to give testimony in support of the Motion.

3. I submit this affirmation (a) at the express request of David Kamar, by his counsel and (b) in support of the Debtors' motion, dated December 7, 2015 (ECF Doc. No. 92, the "Motion") seeking entry of, among other things, an Order (1) dismissing the Debtors' chapter 11 cases, (2) scheduling a sale closing (3) directing payments to creditors and other interested parties and (4) granting related relief.

4. I hereby affirm that at the closing of the sale of the Debtors' property to JPC Charities, I will assure that David Kamar is paid the sum of $1,430,000.

**WHEREFORE**, I respectfully request that the Court enter an Order granting the relief requested and such other further and different relief that this Court deems just and proper under the facts and circumstances herein.

Dated: New York, New York

December 17, 2015

*[Signature]*

Lieb Puretz

2

*[Notary stamp/signature]*

**Shraga F Puretz**
Notary Public, State of New York
No. 01PU6265247
Qualified in Kings County
Commission Expires July 9, 2016