


**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach, Esq.
Ira Abel, Esq.
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com
          ira@carlebachlaw.com

*Attorney to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

**In re:**                                                                    **Chapter 11**

**BRINTON MANOR REALTY, LLC,**                    Case Nos. 15-42613 (ESS)
**AND BRINTON TOWERS REALTY, LLC**
                                                                              (Jointly Administered)
                        Debtors.
-------------------------------------------------------x

**AFFIRMATION OF LIEB PURETZ IN SUPPORT OF AN ORDER (1) DISMISSING**
**CHAPTER 11 CASES AND (2) GRANTING RELATED RELIEF**

Lieb Puretz, affirms under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am the managing member of Brinton Manor Realty, LLC ("Manor") and Brinton Towers Realty, LLC ("Towers"), the above-captioned debtors and debtors-in-possession (individually a "Debtor" and together, the "Debtors"), and as such, I have personal knowledge of the statements contained herein.

2.  I submit this affirmation pursuant to the direction of the United States Bankruptcy Court for the Eastern District of New York in its Order, dated December 22, 2015, Dismissing Chapter 11 Cases (ECF Doc. No. 104).

3.  I hereby affirm that the Debtors' disbursements for the relevant periods are:

| Period | Manor | US Trustee Fee - | Towers | US Trustee Fee - |
|--------|-------|------------------|--------|------------------|

1

| Ended | Disbursements | Manor | Disbursements | Towers |
|---|---|---|---|---|
| 6/30/15 | $74,570.00 | $650.00 | N/A | $0.00 |
| 9/30/15 | $286,739.00 | $1,950.00 | $25,686 | $650 |
| 12/31/15 | $136,068.00 | $975.00 | $235,178 | $1,950 |
| **Totals** | | $3,575.00 | | $2,600.00 |

4.  The Debtors will issue, or cause to be issued, a check made payable to the Office of the United States Trustee in the amount of $6,175.00 as payment of the due and owing quarterly fees.

Dated: New York, New York
December 23, 2015

_____
Lieb Puretz

2